Rayon Payne, Pro Se
8815 Conroy Windermere Rd.,
Ste.#208
Orlando, Fl 32835
Tel:407.770.5888
Fax:866.455.4348
Email: nsx2@mail.com

Attorneys for Plaintiff

**FILED**

JULY 3

2006 ? AM 10: 05

U.S. COURT
MIDDLE OF FLORIDA
ORLANDO FLORIDA

_Court Use only above this line._

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAYON PAYNE,

        Plaintiff,

    vs.

JULIA RUTH BEVERLY, et al,
OZONE MAGAZINE, INC, et al,
JOEL BONDOROWSKY, et al,
ANTHONY RAMIREZ, et al,
JOHN YASAITIS d/b/a,
PROLUCID TECHNOLOGY et al,
TUCOWS, INC, et al,
INTERNET CORPORATION FOR
ASSIGNED AND NUMBER (ICANN), et al,

        Defendant(s).

CASE NO. 6:06-CV 829-ORL- 19JGG

**PLAINTIFF'S NOTICE OF FILING**

Rayon Payne Plaintiff, give's Notice of Filing in the Court;

**PRELIMINARY STATEMENT**

Plaintiff, Rayon Payne, Pro Se, brings this action on the behalf of himself. He

respectfully comes before this Honorable Court in the instant cause as a Pro Se

litigant, Plaintiff relied on Hall v. Bellmon, 935 F.2d 1106, 1110 (10th Cir. 1991),

where the Court stated that;

> "A Pro Se litigant's pleading are to be construed liberally
> and to a less stringent standard than formal pleadings

1

drafted by lawyers...If a Court can reasonably read the pleadings to state a valid claim on which Plaintiff could prevail, it should do so despite the Plaintiff's failure to site proper legal authority, his confusion of various legal theories, his poor syntax and sentence construction or his unfamiliarity with pleading requirements" (Citation Omitted)." See also <u>Riley v. Greene</u>, 149 F. Supp. 2d 1256 (D. Colo. 2001)

## INTRODUCTION

1. This is a case which is a civil action against all listed Defendants'. The Plaintiff is seeking the return of properties which was illegally and fraudulently obtained from him.

2. On July 19th, 2006, Plaintiff filed the following with the Clerk of Court

   - Notice of Removal with all paper required by local rules

   - Amended Complaint

   - And, Affidavit of Indigent

3. All Defendants' was server with copies of all document filed in this cause, along with **Waiver of Service of Summons**, return receipt requested. To date Plaintiff has had receive four acknowledge of service

Respectfully submitted, July 3rd, 2006,

Rayon Payne, Plaintiff pro se

**I HEREBY CERTIFY,** that a true and correct of the forgoing was sent via US mail to all listed defendants; **JULIA RUTH BEVERLY**, 1310 W. Colonial Dr., Ste. #10, Orlando, Fl 32804; **Ozone Magazine, Inc.** 1310 W. Colonial Dr., Ste. #10, Orlando, Fl 32804; **TUCOWS, INC**, 96 Mowat Ave., Toronto, ON, Canada M6K 3M1; **John Yasaitis d/b/a, PROLUCID TECHNOLOGY**, 305 School St, Waltham, MA 02451; **Anthony Ramirez**, PO Box 56932, Hayward, Ca 94545-6932; **Joel Bondorowsky**, 2601 Cedar Bluff Ln., Ocoee, Florida 34761; and **INTERNET CORPORATION FOR ASSIGNED AND NUMBER (ICANN)**, 4676 Admiralty Way, Suite 330, Marina Del Rey, CA 90292 on the 3rd, day of July 2006.

Respectfully Submitted,

Rayon Payne, Pro Se
Counsel for Plaintiff.

3