Rayon Payne, Pro Se
8815 Conroy Windermere Rd.,
Ste.#208
Orlando, Fl 32835
Tel:407.770.5888
Fax:866.455.4348
Email: nsx2@mail.com

Attorneys for Plaintiff

FILED

2006 JUL -3 PM 3: 33

U.S. ... COURT
MIDDLE D... OF FLORIDA
ORL... ...RIDA

*Court Use only above this line.*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| RAYON PAYNE,<br><br>Plaintiff,<br><br>vs.<br><br>JULIA RUTH BEVERLY, et al,<br>OZONE MAGAZINE, INC, et al,<br>JOEL BONDOROWSKY, et al,<br>ANTHONY RAMIREZ, et al,<br>JOHN YASAITIS d/b/a,<br>PROLUCID TECHNOLOGY et al,<br>TUCOWS, INC, et al,<br>INTERNET CORPORATION FOR<br>ASSIGNED AND NUMBER (ICANN), et al,<br><br>Defendant(s). | CASE NO. 6:06 CV 829-ORL- 19JGG<br><br>**MOTION FOR A VOLUNTARY**<br><br>**DISMISSAL** |

Plaintiff Rayon Payne, moves to a **VOLUNTARY DISMISSAL;**

**PRELIMINARY STATEMENT**

Plaintiff, Rayon Payne, Pro Se, brings this action on the behalf of himself. He respectfully comes before this Honorable Court in the instant cause as a Pro Se litigant, Plaintiff relied on <u>Hall v. Bellmon</u>, 935 F.2d 1106, 1110 (10th Cir. 1991), where the Court stated that;

> "A Pro Se litigant's pleading are to be construed liberally and to a less stringent standard than formal pleadings drafted by lawyers...If a Court can reasonably read the pleadings to state a

1

valid claim on which Plaintiff could prevail, it should do so despite the Plaintiff's failure to site proper legal authority, his confusion of various legal theories, his poor syntax and sentence construction or his unfamiliarity with pleading requirements" (Citation Omitted)." See also Riley v. Greene, 149 F. Supp. 2d 1256 (D. Colo. 2001)

## STATEMENT

1. The Plaintiff filed this action with the Clerk of Court on June 19th, 2006, along with several pleadings.

2. Plaintiff filed this action as a Notice of Removal, from the Circuit Court in and for Orange County, Fl., But long standing rules does not permit Plaintiff to remove this action only Defendant can remove any action to this court.

3. Plaintiff cites Hall v. Bellmon, but the Plaintiff would rather bring this in the proper form before the Court which would be in an original pleading.

**WHEREFORE**, Plaintiff hereby respectfully seeks to have this cause Dismissed along with all motions filed under this cause, Plaintiff would also like to STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE.

I HEREBY CERTIFY, that a true and correct of the forgoing was sent via US mail to all listed defendant; **JULIA RUTH BEVERLY**, 1310 W. Colonial Dr., Ste. #10, Orlando, Fl 32804; **Ozone Magazine, Inc.** 1310 W. Colonial Dr., Ste. #10, Orlando, Fl 32804; **TUCOWS, INC**, 96 Mowat Ave., Toronto, ON, Canada M6K 3M1; **John Yasaitis d/b/a, PROLUCID TECHNOLOGY**, 305 School St, Waltham, MA 02451; **Anthony Ramirez**, PO Box 56932, Hayward, Ca 94545-6932; **Joel Bondorowsky**, 2601 Cedar Bluff Ln., Ocoee, Florida 34761; and **INTERNET CORPORATION FOR ASSIGNED AND NUMBER (ICANN)**. 4676 Admiralty Way, Suite 330, Marina del Rey, CA 90292 on the 3rd, day of July 2006.

Respectfully Submitted,

Rayon Payne, Pro Se
Counsel for Plaintiff.

2